```
              IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF ARKANSAS
                       WESTERN DIVISION
```

YUKA HOSAKA SMITH ET AL

                                        NO.  4:05CV00587 GH

MITSUBISHI MOTORS NORTH AMERICA, INC.,
ET AL

## **O R D E R**

Counsel for the parties have informed the Court that this matter has settled but additional time is necessary for the submission of documents necessary to effectuate the dismissal.  The Clerk is directed to administratively terminate this action and remove it from the Court's docket.  If counsel have not submitted dismissal documents within 60 days of this order, the case will be dismissed with prejudice.  The Court retains jurisdiction in this matter.

Dated this 5TH  day of MARCH, 2007.

                              AT THE DIRECTION OF THE COURT

                              JAMES W. MCCORMACK, CLERK


                              BY:/s/ Patricia L. Murray
                                  COURTROOM DEPUTY CLERK